# CHAMBERS MINUTE SHEET

E.D.O.K. CRIMINAL CASE NO. <u>CR-21-00149–JWD</u>                                            DATE  <u>May 28, 2021</u>

<u>UNITED STATES OF AMERICA           </u>  -v-  <u>   SHELLEY DUNCAN                       </u>

COMMENCED   <u>   1:00 p.m.       </u>   ENDED   <u>  1:10 p.m.    </u>   TOTAL TIME  <u> 10 minutes              </u>

PROCEEDINGS   <u>Telephonic Chambers Status Conference                                          </u>

JUDGE <u>JODI W. DISHMAN</u>          DEPUTY <u>KIRA THOMAS</u>       REPORTER   <u>   N/A         </u>

PLF'S. COUNSEL  <u> Julie Mazur, AUSA                                       </u>

DFT'S. COUNSEL  <u> Rebecca Aitchison, FPD                                        </u>

Status conference held. Counsel for both parties appear telephonically as noted above. Status of discovery and scheduling order deadlines and requirements discussed.

Counsel for the government indicates that discovery has been sent to opposing counsel. Counsel for the parties are directed to confer and ensure that discovery is received by **Tuesday, June 1, 2021.** The government indicates that it is in the process of requesting additional documents and acknowledges its continuing discovery obligation. The joint status report deadline [Doc. No. 36, Paragraph 1] is deemed satisfied.

The Court notes General Order 21-10 with counsel.

The Court reviews with counsel expectations for any Motion to Continue. Any such motion must follow EDOK LCrR 12.1 and be specific to the needs of this case, state whether the motion is joint, opposed, or unopposed, and be accompanied by a waiver of speedy trial by Ms. Duncan. The Court does not anticipate granting incremental or repeated continuances. Counsel is reminded that any request for continuance should be filed as soon as possible but **at least 48 hours before** the current motion deadline of **Monday, June 7, 2021.**