# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                           ) | Case No. 21-CR-00149-JWD |
| ) | |
| SHELLEY DUNCAN, ) | November 2021 **TRIAL DOCKET** |
| ) | |
| ) | |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

## THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Joint status report regarding status and production of discovery shall be filed: **deadline satisfied**.

2. Telephonic status conference with counsel to address status of discovery and case: **deadline satisfied**.

3. Motions shall be filed by **10/5/2021**

    This includes all pretrial motions, including but not limited to motions to suppress and motions in limine.

    Only one omnibus motion per party is permitted without leave of Court.

    Omnibus response shall be filed **within 7 days** of the omnibus motion's filing.

    All omnibus motions and responses are subject to the page limitations in LCvR7.1(c), made applicable by LCrR1.2, and are subject to LCrR12.1.

    Parties must attach to motion or otherwise submit to Court any disputed evidence at issue.

    No replies to pretrial motions will be permitted without leave of Court.

4. Pretrial Conference/Change of Plea/Motions Hearing set for **10/21/2021 at 10:00 a.m.**

Lead trial counsel must attend pretrial conference.

If the parties anticipate a change of plea, the parties must provide plea documents (petition to enter plea[1] and any plea agreement, if applicable) to the Court **at least 3 business days before the Change of Plea hearing**.

If the parties anticipate trial, they shall file a list of all foreseeable issues **at least 7 days before the pretrial conference**.[2]

5. Requested jury instructions,[3] voir dire, and verdict forms shall be filed by **10/27/2021**.

6. Any objections to requested jury instructions, voir dire, and verdict forms shall be filed by **11/3/2021**.

7. Trial briefs (optional) and proposed summary of the indictment to be submitted by **11/8/2021**.

8. Witness lists with current hometowns of witnesses by both parties to be submitted by **11/8/2021**.

---

[1] The parties shall use this plea petition form with a revised caption for the Eastern District of Oklahoma, available at http://www.okwd.uscourts.gov/wp-content/uploads/plea_petition.fillable.May_2018a.pdf.

[2] For discussion at the pretrial conference, counsel shall file a list of all foreseeable issues that will arise on admissibility of evidence, burden of proof, whether any unusual or non-pattern jury charges are needed, and any other issues that can or must be dealt with in advance of trial.

[3] Tenth Circuit Criminal Pattern Jury Instructions, 2021 Edition (available at https://www.ca10.uscourts.gov/sites/default/files/clerk/Jury%20Instructions%202021%20Version.pdf) requested by the parties shall be referenced by their numbers. Each non-pattern instruction shall be accompanied by a brief stating the statutory or jurisprudential authority for the instruction, with Tenth Circuit authority being preferred. A simple case citation will not suffice. If the non-pattern instruction is a deviation from the Tenth Circuit Criminal Pattern Jury Instruction, the parties must redline any proposed deviations. A copy of requested jury instructions in Microsoft Word Version must be emailed to dishman-orders@okwd.uscourts.gov.

9. Exhibit lists and exhibit notebooks by both parties to be submitted by **11/8/2021**.[4]

10. Jury Selection and Jury Trial to be held **November 15, 2021 at 9:00 a.m.*** [*This Court's jury trial docket is a trailing docket and start date and time for this particular trial will be determined at the pretrial conference if trial is anticipated.]

A courtesy copy of all material required by this Amended Scheduling Order must be submitted directly to the undersigned's chambers.

IT IS SO ORDERED this 3rd day of June 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[4] Parties shall submit 3 hard copies of exhibit lists and exhibit notebooks, and provide a thumb drive of all trial exhibits.